IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x
In re:                                              :   Chapter 7
                                                    :
UNIVITA HEALTH SYSTEMS HOLDINGS,                    :   Case No. _____
LLC,[1]                                             :
                                                    :
        Debtor.                                     x
-------------------------------------------------------------

### DEBTOR'S LIST OF EQUITY SECURITY HOLDERS
### AND STATEMENT OF CORPORATE OWNERSHIP

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the above-captioned debtor (the "Debtor") states that the following is a list of all corporations, other than governmental units, that directly or indirectly own 10% or more of any class of interests in the Debtor:

| Name and Address | Percentage of Interest Held |
|---|---|
| Univita Health Inc.<br>5800 SW 25th Street<br>Miramar, Florida  33027 | 100% Direct Interest |
| Univita Health Holdings Corp.<br>15800 SW 25th Street<br>Miramar, Florida  33027 | 100% Indirect Interest |
| Univita Holdings LLC<br>15800 SW 25th Street<br>Miramar, Florida  33027 | 100% Indirect Interest |
| GenVita LLC<br>Four Embarcadero Center<br>Suite 1900<br>San Francisco, CA 94111 | 89.8% Indirect Interest |

---

[1] The last four digits of the Debtor's federal tax identification number are 3447. The address for the Debtor is 15800 SW 25th Street, Miramar, Florida 33017.

I, Jack S. Greenman, Chief Financial Officer of the above-captioned Debtor, declare under penalty of perjury that I have reviewed the above Debtor's List of Equity Security Holders and Statement of Corporate Ownership and that the information contained therein is true and correct to the best of my knowledge, information and belief.

Dated as of August 28, 2015

<i>/s/ Jack S. Greenman</i><br>
Jack S. Greenman, Chief Financial Officer